November 26, 1906, which confirmed a determination of the defendant denying an application of the relator for a revision of an assessment for taxes against it imposed for the privilege of carrying on its business within the state.

*George J. Hatt, 2d,* for appellant.

*William S. Jackson, Attorney-General (George P. Decker* of counsel), for respondent.

Order affirmed, with costs, on opinion of CHESTER, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY et al., as Executors of JAMES J. McCOMB, Deceased, Respondents.

FANNY McCOMB HERZOG et al., Appellants.

*Matter of Title Guarantee & Trust Co.,* 114 App. Div. 778, affirmed.
(Argued February 18, 1907; decided March 5, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 24, 1906, which reversed a decree of the Westchester County Surrogate's Court disallowing certain items in the accounts of the executors herein.

*Robert L. Harrison* and *Robert W. B. Elliott* for appellants.

*George A. Strong* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.